# Third District Court of Appeal

## State of Florida

Opinion filed June 25, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2297
Lower Tribunal No. F25-4126
_____

**Marlon Antonio Munguia,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Marlon Antonio Munguia, in proper person.

James Uthmeier, Attorney General, and Jason Michael Ross, Assistant Attorney General, for appellee.

Before LINDSEY, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.